IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PEGGY GARCIA-MARQUEZ,

    Plaintiff,

v.                                                      No. 1:21-cv-116 KRS/JFR

FEDERAL EXPRESS CORPORATION, et al.,

    Defendants.

### ORDER GRANTING MOTION TO AMEND COMPLAINT AND CAPTION

THIS MATTER is before the Court on Plaintiff's Motion to Amend Complaint and Caption, (Doc. 8), filed March 4, 2021. Plaintiff seeks to amend her Complaint to add Defendant Renaissance Industrial Partners, LLC, and clarify that Bryan Thomas is not a named defendant in this case. Defendant Federal Express Corporation does not oppose the Motion. Having considered the Motion and record of the case, the Court finds the Motion is well-taken and shall be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Amend Complaint and Caption, (Doc. 8), is GRANTED and Plaintiff shall file the Third Amended Complaint for Damages, (Doc. 8, pages 4-6), no later than March 17, 2021.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE