**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PEGGY GARCIA-MARQUEZ,

     Plaintiff,

v.                                                                                      21-CV-116 KRS/JFR

FEDERAL EXPRESS CORPORATION
And RENAISSANCE INDUSTRIAL
PARTNERS, LLC,

     Defendants.

## ORDER OF DISMISSAL

The Court, having reviewed the Joint Motion to Dismiss, finds that motion to be well taken, and therefore orders that Plaintiff Peggy Garcia-Marquez's Third Amended Complaint for Damages is dismissed with prejudice.

IT IS FURTHER ORDERED that all claims that have been or could have been brought in this matter or resulting from this matter are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each of the parties shall bear their own costs and fees.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted and approved by:

HARTLINE BARGER LLP

By */s/ Ryan T. Goodhue*
    Ryan T. Goodhue
    Michael G. Smith
    500 Marquette NW, Suite 770
    Albuquerque, NM 87102
    Telephone:  (505) 336-5308
    rgoodhue@hartlinebarger.com
    msmith@hartlinebarger.com
    *Attorneys for Defendant*
    *Federal Express Corporation*

Approved by:

PARNALL LAW FIRM, LLC

By */s/ Una Campbell (by email on 1/31/22)*
    Una Campbell
    P.O. Box 8009
    Albuquerque, NM 87009
    Telephone: (505) 268-6500
    una@parnalllaw.com
    *Attorneys for Plaintiff*

Approved by:

DIXON, SCHOLL, CARRILLO, P.A.

By */s/ James C. Wilkey (by email on 2/4/22)*
    James C. Wilkey
    Gerald G. Dixon
    P.O. Box 94147
    Albuquerque, NM 87199-4147
    Telephone: (505) 244-3890
    jwilkey@dsc-law.com
    jdixon@dsc-law.com
    *Attorneys for Defendant Renaissance*
    *Industrial Partners, LLC*